UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:15-cr-3-SEB-WGH-1 |
| | ) | |
| JUAN ISIDRO MORENO, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE=S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge=s Report and Recommendation dated December 7, 2015, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant=s supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of twelve (12) months and one (1) day with no term of supervised release to follow. The Court further recommends defendant for placement at the Manchester or Ashland, Kentucky facilities.

Date: 12/22/2015

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record and U.S. Probation via CM/ECF